**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| IN RE: ASSIGNMENT OF JUDGES TO | : | No. 447 Judicial Administration |
| SERVE IN THE COURT OF COMMON | : | Docket |
| PLEAS OF WASHINGTON COUNTY | : | |
| | : | |
| | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 25th day of June, 2015, it is hereby ORDERED that the Order dated May 22, 2013, assigning the Honorable Edward J. Borkowski, the Honorable Michael A. Della Vecchia and the Honorable Paul F. Lutty, Jr. to serve in the Court of Common Pleas of Washington County is rescinded and the assignment is terminated.